

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Studio XOO LLC dba Dear Future** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081086 | $140,525.00 | 11/14/2019 | 1148 | 10/1/2019 | $75,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081086 | $140,525.00 | 11/14/2019 | 1147 | 10/21/2019 | $65,525.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080849 | $65,525.00 | 11/1/2019 | 1146 | 10/18/2019 | $65,525.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080651 | $75,000.00 | 10/17/2019 | 1142 | 9/1/2019 | $75,000.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080404 | $49,250.00 | 10/1/2019 | SGX NYC PHOTOSHOOT DEPO | 10/1/2019 | $49,250.00 |

**Totals:**     **4 transfer(s),**     **$330,300.00**

Studio XOO LLC dba Dear Future (2266354)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021        Exhibit A        P. 1